UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL A. JOHNSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:10-cv-333 Judge Haynes |
| PHILLIP MCLEMORE, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Pending before the Court is a *pro se* prisoner complaint brought under 42 U.S.C. § 1983. The plaintiff is proceeding *in forma pauperis*.

Venue in this case is governed by 28 U.S.C. § 1391(b). Section 1391(b) requires that an action be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same state; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which defendants are subject to personal jurisdiction at the time that the action is commenced, if there is no district in which the action may otherwise be brought.

It is apparent from the record that the plaintiff is incarcerated at the Hardin County Correctional Facility in Savannah, Tennessee. It also is apparent from the record that the events or omissions giving rise to the plaintiff's claims occurred in the cities of Crump and Savannah, Tennessee, in Hardin County, Tennessee. Given these facts, venue in this action is not proper in the Middle District of Tennessee. Accordingly, the Clerk will transfer this action to the United States District Court for the Western District of Tennessee, Jackson Division. 28 U.S.C. §123(c)(1); 28 U.S.C. § 1406(a).

It is so **ORDERED**.

ENTERED this the ___14th___ day of May, 2010.

William J. Haynes, Jr.
United States District Judge